**PICTOMERY AERIAL**



Building City Claimed was 217 s.f.

Red Brick former home