UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Kay Sieverding, I</u>

    v.                                                      Case No. 24-cv-246-JL

<u>US Department of Justice</u>

<u>ORDER</u>

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 14, 2025.

_____
Joseph N. Laplante
United States District Judge

Date: May 29, 2025

cc:   Kay Sieverding, I, pro se
       Raphael Katz, AUSA
       Michael T. McCormack