```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Kay Sieverding, I

    v.                                    Case No. 24-cv-00246-JL-AJ

US Department of Justice


JUDGMENT

    In accordance with the Order by Judge Joseph N. Laplante dated May 29, 2025, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 14, 2025, judgment is hereby entered.

    The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                              By the Court:

                                              Tracy A. Uhrin
                                              Clerk of Court

Date: May 29, 2025

cc: Kay Sieverding, I, pro se
    Raphael Katz, AUSA