DISTRICT OF NEW HAMPSHIRE

Kay Sieverding,                                          24-cv-00246-JL-AJ
Plaintiff
V.
United States Department of Justice,
Defendant
_____

Motion for an expansion of time until Monday June 23 to file a motion for reconsideration

A motion for reconsideration would normally have to be filed by June 13. The plaintiff

requests an extension to June 23,  because the court ruled on her objection and two dispositive

motions with no text explanation.

The plaintiff repeatedly emailed the defendant to confer from Sunday through today

continually resetting deadlines.. The defendant simply did not respond until she told him she

would file it as a consent motion. Then he emailed that he takes no position.

Respectfully,

s./

Kay Sieverding
31 Majestic Ave. Pelham NH 03076
6035087427  kay.sieverding@gmail.com